# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

PAUL STARR, an individual,       )
                                        )
                     Plaintiff,      )
                                          )
v.                                    )      Case No. 14-CV-621-GKF-TLW
                                          )
QUIKTRIP CORPORATION,      )
a domestic for-profit corporation,    )
                                          )
                    Defendant.    )

## JUDGMENT

This action came on for jury trial before the court, and the verdict having been duly rendered, it is ordered that plaintiff Paul Starr recover nothing and that judgment be entered in favor of defendant QuikTrip Corporation.

IT IS SO ORDERED this 7th day of December, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT