### IN THE UNITED STATE DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL STARR, an individual ) | |
| ) | |
| Plaintiff, ) | Case No.: 14-CV-621-JED-TLW |
| ) | |
| v. ) | |
| ) | |
| QUIKTRIP CORPORATION, a domestic ) | |
| for-profit corporation ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Paul Starr, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from an order denying the Plaintiff's motion for new trial and motion to reconsider (Dkt. 80) entered in this action on the 1st day of February, 2017.

Respectfully submitted,

**OXFORD LEHR, PLLC**

By:  /s/ Benjamin Oxford
BENJAMIN OXFORD, OBA #22259
HANS OTTO LEHR, OBA #30622
9 East 4th Street, Suite 600
Tulsa, OK  74103
(918) 884-6016 Telephone
(888) 424-7080 Facsimile
ben@oxfordlehr.com
hans@oxfordlehr.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this <u>2nd</u> day of <u>March</u>, 2017, a true and correct copy of the above and foregoing document was emailed to the following:

Walter Christy
Amanda Goldman
COATS ROSE
One Canal Place
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
wchristy@coatsrose.com
agoldman@coatsrose.com

                                                <u>/s/ Benjamin Oxford</u>