# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                    Chris Wolpert
Clerk of Court                    March 23, 2018                    Chief Deputy Clerk

Mr. Mark C. McCartt
U.S. District Court for the N. District of Oklahoma
333 W. Fourth Street
Room 411 United States Courthouse
Tulsa, OK 74103

    **RE:**    **17-5024, Starr v. Quiktrip Corporation**
                Dist/Ag docket: 4:14-CV-00621-GKF-TLW

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

                                                            Sincerely,

                                                            Elisabeth A. Shumaker
                                                           Clerk of the Court

cc:     Walter W. Christy
           Amanda Wingfield Goldman
           Eric Anthony Mareshie Sr.
           Benjamin J. Oxford

EAS/sls



**17-5024 Starr v. Quiktrip Corporation  "Mandate issued" (4:14-CV-00621-GKF-TLW)**

ca10_cmecf_notify    to: CM-ECFIntake_OKND            03/23/2018 08:26 AM

From:   ca10_cmecf_notify@ca10.uscourts.gov
To:     CM-ECFIntake_OKND@oknd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 03/23/2018 at 7:23:48 AM MDT and filed on 03/23/2018

**Case Name:**    Starr v. Quiktrip Corporation
**Case Number:**  17-5024
**Document(s):**  Document(s)

**Docket Text:**
[10545173] Mandate issued. [17-5024]

**Notice will be electronically mailed to:**

Mr. Walter W. Christy: wchristy@fisherphillips.com
Ms. Amanda Wingfield Goldman: agoldman@coatsrose.com, mwatts@coatsrose.com, rmann@coatsrose.com
Mr. Eric Anthony Mareshie, Sr.: tulsalegal@gmail.com
Mr. Mark C. McCartt, Clerk of Court: CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. Benjamin J. Oxford: ben@oxfordlehr.com


The following document(s) are associated with this transaction:
**Document Description:** Regular Mandate Letter - OJ
**Original Filename:** /opt/ACECF/live/forms/StacySteinbrecher_175024_10545173_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=03/23/2018] [FileNumber=10545173-0] [59cac41d8dd4012e26990b4348163a1453972e5b9abae391142041ed5a65e9c4523ae3477647c5d 081c0689a3d8a5ba2e40d9eb0c68924b51bfb8845aec96093]]
**Recipients:**
- Mr. Walter W. Christy

- [Ms. Amanda Wingfield Goldman](#)
- [Mr. Eric Anthony Mareshie, Sr.](#)
- [Mr. Mark C. McCartt, Clerk of Court](#)
- [Mr. Benjamin J. Oxford](#)